# **B**ROMBERG **L**AW **O**FFICE, P.C.

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY, NJ & CA) | 352 Rutland Road #1 |
| Joshua Tarrant-Windt, Associate (Admitted in NY) | Brooklyn, NY 11225 |
| | Phone: (212) 248-7906 |
| | Fax:    (212) 248-7908 |

> Plaintiff's application is untimely per Individual Rule I.B.2, but nevertheless is GRANTED. The parties shall submit a joint letter regarding Defendant's proposed motion to compel arbitration by **June 17, 2021**.
>
> Dated: June 15, 2021
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

June 14, 2021

Via ECF
Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Morrison v. Barclays Bank, et al.*
       SDNY Case No. 21-CV-3612 (LGS)

Dear Judge Schofield:

My office represents the plaintiff, James Morrison, in the above-referenced case. I am writing to request a three-day extension of the deadline to submit a joint letter concerning Defendant Barclays Bank's proposed motion to compel arbitration. I am making this motion because although Barclays has forwarded us some documents and counsel have conferred, Plaintiff's attorneys need additional time to review the documents received, speak with Plaintiff, and prepare a joint letter.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)