```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
JAMES MORRISON,                               :
                          Plaintiff,          :
                                              :           21 Civ. 3612 (LGS)
             -against-                        :
                                              :               ORDER
BARCLAYS BANK, et al.,                        :
                                              :
                          Defendants.         :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated May 24, 2021, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 9);

WHEREAS, the initial pretrial conference is scheduled for July 1, 2021, at 10:40 A.M.;

WHEREAS, on May 7, 2021, Plaintiff filed an affidavit of service (Dkt. No. 7) stating that Defendant Surplus Freight, Inc., was served on May 4, 2021.;

WHEREAS, Defendant Surplus Freight, Inc. was required to respond to the Complaint by May 25, 2021;

WHEREAS, Defendant Surplus Freight, Inc., has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, Plaintiff Morrison and Defendant Surplus Freight, Inc., failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant Surplus Freight, Inc., they shall file the joint letter and proposed case management plan as soon as possible and no later than **June 28, 2021, at noon,** and shall explain why they have not complied with the Court's deadlines. If Defendant Surplus Freight, Inc., refuses to cooperate in the preparation of these

documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant Surplus Freight, Inc., no later than **June 28, 2021, at noon**, Plaintiff shall file a letter (1) requesting adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant Surplus Freight, Inc. and related papers as provided in the Court's Individual Rules. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant Surplus Freight, Inc., and shall file an affidavit of service no later than **July 9, 2021**.

Dated: June 25, 2021
      New York, New York

                                              **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**