UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

JAMES MORRISON,                                                    :

                                        Plaintiff,                 :   AFFIDAVIT OF SERVICE

                                                                   :

            – against –                                            :

                                                                   :

BARCLAYS BANK and SURPLUS FREIGHT,                                 :   No. 21-CV-3612 (LGS)
INC. doing business as SURPLUS FREIGHT                             :
FURNITURE and unlawfully doing business as                         :
EXPRESS FURNITURE WAREHOUSE,                                       :

                                                                   :

            Defendants.                                            X

------------------------------------------------------------------

I, Brian L. Bromberg, declare under penalty of perjury that the following is

true and correct:

1.          I served a copy of the Court's Order, dated June 25, 2021 (Dkt. 18), by

sending said Order to Defendant Surplus Freight, Inc. by first class mail to its

address at 501 Morrison Road, Suite 100, Gahanna, OH 43230 on June 28, 2021.


Dated:      Brooklyn, New York
            June 28, 2021


                              /s/ Brian L. Bromberg
                              Brian L. Bromberg
                              Bromberg Law Office, P.C.
                              352 Rutland Road, #1
                              Brooklyn, NY 11225
                              Tel: (212) 248-7906
                              Email: brian@bromberglawoffice.com