# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)     352 Rutland Road #1
Joshua Tarrant-Windt, Associate (Admitted in NY)     Brooklyn, NY 11225
    Phone: (212) 248-7906
    Fax:     (212) 248-7908

June 28, 2021

Via ECF
Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

> Plaintiff's application is GRANTED. The initial conference scheduled for July 1, 2021, is adjourned to **July 29, 2021, at 10:50 a.m.** Plaintiff shall file a proposed Order to Show Cause for default judgment as to Defendant Surplus Freight, Inc. and related papers as provided in the Court's Individual Rules by **July 14, 2021**.
>
> Dated: June 28, 2021
>     New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:    *Morrison v. Barclays Bank, et al.*
       SDNY Case No. 21-CV-3612 (LGS)

Dear Judge Schofield:

My office represents the plaintiff, James Morrison, in the above-referenced case.

Pursuant to the Court's order of June 25, 2021 (Dkt. 18), Plaintiff and his counsel advise that they have not been able to communicate with Defendant Surplus Freight, Inc. despite having served the Defendant on May 4, 2021 and having mailed a copy of the Rule 16 Order and Your Honor's Individual Practices as well as Plaintiff's response to Barclays Bank's pre-motion conference letter to the company's business address in Ohio. Accordingly, Plaintiff respectfully requests an adjournment of the pre-trial conference to July 30, 2021. The conference is currently scheduled for July 1, 2021. This is Plaintiff's first request for an extension. The extension of time will permit Plaintiff to first obtain a clerk's certificate of default and then file an Order to Show Cause for default judgment. (I apologize for not having filed a certificate of service for the mailing of the Rule 16 Order as directed in the Order, but I became sidetracked in responding to Barclays' letter-motion to compel and neglected to do so, even though I had sent copies to both defendants on or about May 26, 2021.)

Plaintiff further requests that the Court schedule a deadline for Plaintiff's anticipated Order to Show Cause for two weeks following the entry of the clerk's certificate of default. Plaintiff has filed the relevant paperwork but cannot proceed with the Order until he obtains the certificate.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:     All Counsel of Record (Via ECF)
        Surplus Freight, Inc. (Via First Class Mail)