UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

JAMES MORRISON,                                      :          No. 21-CV-3612 (LGS)

                               Plaintiff,          :

                                                    :

        – against –                                  :

                                                    :

BARCLAYS BANK and SURPLUS FREIGHT,          :
INC. doing business as SURPLUS FREIGHT          :
FURNITURE and unlawfully doing business as          :
EXPRESS FURNITURE WAREHOUSE,          :

                                                  :

                Defendants.                          X

------------------------------------------------------------------

### Certificate of Default

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action was commenced on April 22, 2021 with the filing

of a complaint against BARCLAYS BANK and SURPLUS FREIGHT, INC.

       A copy of the summons and complaint was served on defendant SURPLUS FREIGHT,

INC. by personally serving Sue Zouky, Authorized Agent in the State of New York Office of the

Secretary of State and proof of service was filed on May 7, 2021, Doc. # 7.

       I further certify that the docket entries indicate that the defendant has not filed an answer

or otherwise moved with respect to the complaint herein. The default of the defendant is hereby

noted.

Dated:     New York, New York
            June 28   , 2021

                                   RUBY J. KRAJICK
                                   Clerk of Court

              By:    _____
                                    Deputy Clerk