**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)　　352 Rutland Road #1
Joshua Tarrant-Windt, Associate (Admitted in NY)　　Brooklyn, NY 11225
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

July 13, 2021

Plaintiff's request is untimely per Individual Rule I.B.2, but is nevertheless GRANTED. Plaintiff shall file a proposed Order to Show Cause for default judgment as to Defendant Surplus Freight, Inc., and related papers by **July 21, 2021**.

Dated: July 14, 2021
　　　New York, New York

Via ECF
Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:　*Morrison v. Barclays Bank, et al.*
　　　SDNY Case No. 21-CV-3612 (LGS)

Dear Judge Schofield:

My office represents the plaintiff, James Morrison, in the above-referenced case.

I am writing to request a one-week extension of tomorrow's deadline to file an order to show cause for a default judgment against Defendant Surplus Freight, Inc. I am making this request for two reasons: first, I had to deal with a personal emergency last week and second, because I need additional time to coordinate with my client, who is legally blind and elderly. This is Plaintiff's first request for such an extension. Counsel for Defendant Barclays Bank has consented.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:　All Counsel of Record (Via ECF)
　　　Surplus Freight, Inc. (Via First Class Mail)