UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES MORRISON,                                             :
                                    Plaintiff,              :
                                                            :           21 Civ. 3612 (LGS)
            -against-                                       :
                                                            :           ORDER
BARCLAYS BANK, et al.,                                      :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the June 21, 2021, Order (Docket No. 17) required Plaintiff and Defendant Barclays Bank to jointly submit a status letter every sixty (60) days beginning August 2, 2021, providing an update on the arbitration proceedings;

    WHEREAS, the parties failed to submit the letter; it is hereby

    **ORDERED** that the parties shall file the joint status letter by **August 12, 2021**.

Dated: August 9, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE