UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
JAMES MORRISON,                                    :
                              Plaintiff,           :
                                                   :              21 Civ. 3612 (LGS)
              -against-                             :
                                                   :                   ORDER
BARCLAYS BANK, et al.,                             :
                              Defendants.  :
                                                   :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff stated in his August 25, 2021, letter that he intended to file an

amended complaint within two weeks;

       WHEREAS, Plaintiff has not filed an amended complaint.  It is hereby

       **ORDERED** that, by **September 22, 2021**, Plaintiff shall file an amended complaint or a

status letter providing an update on Plaintiff's intentions.

Dated: September 15, 2021
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**