```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JAMES MORRISON,                                              :
                                    Plaintiff,               :
                                                             :         21 Civ. 3612 (LGS)
-against-                                                    :
                                                             :             ORDER
BARCLAYS BANK, et al.,                                       :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held on December 16, 2021. It is hereby

**ORDERED** that Defendants Stage Capital, LLC, and Surplus Freight, LLC, shall file a letter by **December 23, 2021**, providing information about their members and the domicile of their members. If their members are entities, the information shall include the place of incorporation and the principal place of business or headquarters. If those entities have members, the letter shall provide information about those members and through the chain of ownership until the letter identifies an entity without members or an individual. It is further

**ORDERED** that Plaintiff is granted leave to amend the Complaint. When amending the Complaint, Plaintiff shall submit a stipulation with Barclays that any new claims against Barclays will be subject to arbitration. It is further

**ORDERED** that the parties, including Barclays Bank, shall participate in mediation before the assigned Magistrate Judge. Plaintiff shall inform Barclays Bank about the mediation. A referral will issue separately.

Dated: December 16, 2021
       New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE