UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES MORRISON,                                             :
                                            Plaintiff,      :
                                                            :     21 Civ. 3612 (LGS)
            -against-                                       :
                                                            :     ORDER
BARCLAYS BANK, et al.,                                      :
                                            Defendants.     :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order (Dkt. No. 71) required the parties to file a status letter by February 11, 2022;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that the parties shall file the joint status letter by **February 17, 2022**.

Dated: February 14, 2022
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**