# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)     352 Rutland Road #1
                                                 Brooklyn, NY 11225
                                                 Phone: (212) 248-7906
                                                 Fax:   (212) 248-7908

> Application GRANTED.  Plaintiff shall file a stipulation of dismissal with respect to TransUnion LLC by **March 25, 2022**.  The parties are reminded that the stay of discovery as to TransUnion expires on March 18, 2022.  The stay will not be extended absent extraordinary circumstances.
>
> Dated:  February 28, 2022
> New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

February 25, 2022

<u>Via ECF</u>
Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Morrison v. Barclays Bank, et al.*, SDNY Case No. 21-CV-3612 (LGS)

Dear Judge Schofield:

My office, together with co-counsel Mobilization for Justice, represents the plaintiff, James Morrison, in the above-referenced case. I am writing to request a four-week extension of today's deadline to file a stipulation of dismissal with respect to TransUnion LLC. I am making this request because although the parties' attorneys have worked out the settlement agreement, there is still an additional document to be agreed upon and the parties have to get the documents signed and the settlement funded. Accordingly, Plaintiff and TransUnion make this request jointly.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)
      Terri Brown, Esq. (Via Email: terri.brown@transunion.com)