```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES MORRISON,                                             :
                              Plaintiff,                    :
                                                            :   21 Civ. 3612 (LGS)
                -against-                                   :
                                                            :           ORDER
BARCLAYS BANK, ET AL.,                                      :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this court's January 27, 2022, order (Dkt. No. 105), required Plaintiff to file the necessary papers to dismiss his claims against TransUnion LLC by February 25, 2022;

WHEREAS, this court's February 28, 2022, order (Dkt. No. 116), extended Plaintiff's deadline to file a stipulation of dismissal with respect to Defendant TransUnion LLC to March 25, 2022;

WHEREAS, Plaintiff failed to file a stipulation of dismissal with respect to Defendant TransUnion LLC;

WHEREAS, this court's February 18, 2022, order (Dkt. No. 111), stayed discovery as to Defendants TransUnion LLC, Surplus Freight, Inc., Surplus Freight, LLC, Stage Capital, LLC and David Belford, which stay expired on March 18, 2022. It is hereby

**ORDERED** that Plaintiff shall file a stipulation of dismissal with respect to Defendant TransUnion LLC by **April 1, 2022**. It is further

**ORDERED** that Plaintiff and Defendants Surplus Freight, Inc., Surplus Freight, LLC, Stage Capital, LLC and David Belford shall file a joint status letter by **April 5, 2022**.

Dated: March 29, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE