**B**ROMBERG **L**AW **O**FFICE, **P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)                    352 Rutland Road #1
                                                                                                                            Brooklyn, NY 11225
                                                                                                          Phone: (212) 248-7906
                                                                                                          Fax:    (212) 248-7908

May 11, 2022

<u>Via ECF</u>
Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Morrison v. Barclays Bank, et al.*, SDNY Case No. 21-CV-3612 (LGS)

Dear Judge Schofield:

I am writing to request a 30-day extension of tomorrow's deadline to restore this case to the calendar. This extension is necessary because Plaintiff and Experian and Barclays are still negotiating the settlement documents. Of concern, Barclays has not responded to Plaintiff's redlined version of the settlement documents, sent on March 17, 2022, despite repeated follow ups.

I have received consent from the attorneys for Equifax and Experian to this request. Barclay's attorneys have not responded to Plaintiff's request for consent.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:    All Counsel of Record (Via ECF)

Application GRANTED. The dismissal of this action is without prejudice to restoring the action to the Court's calendar by **June 10, 2022**. Any application to reopen filed after June 10, 2022, may be denied solely on that basis.

Dated: May 11, 2022
New York, New York

                                                                               LORNA G. SCHOFIELD
                                                                       UNITED STATES DISTRICT JUDGE