# B‍ROMBERG L‍AW O‍FFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)                    352 Rutland Road #1
                                                                Brooklyn, NY 11225
                                                                Phone: (212) 248-7906
                                                                Fax:   (212) 248-7908

June 10, 2022

<u>Via ECF</u>
Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Morrison v. Barclays Bank, et al.*, SDNY Case No. 21-CV-3612 (LGS)

Dear Judge Schofield:

I am writing to request a 30-day extension of today's deadline to restore this case to the calendar. This extension is necessary because the parties are still obtaining signatures on the settlement documents and obtaining settlement funds.

I have received consent from the attorneys for Equifax and Experian to this request. Barclay's attorneys have not responded to Plaintiff's request for consent.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:     All Counsel of Record (Via ECF)

Application GRANTED nunc pro tunc.  The dismissal of this action is without prejudice to restoring the action to the Court's calendar by **July 10, 2022**.

Dated: June 13, 2022
New York, New York

                              L‍ORNA G. S‍CHOFIELD
                              U‍NITED S‍TATES D‍ISTRICT J‍UDGE