**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)                                      352 Rutland Road #1
                                                                                  Brooklyn, NY 11225
                                                                                  Phone: (212) 248-7906
                                                                                  Fax:   (212) 248-7908

July 8, 2022

<u>Via ECF</u>
Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Morrison v. Barclays Bank, et al.*, SDNY Case No. 21-CV-3612 (LGS)

Dear Judge Schofield:

I am writing to request a 30-day extension of the deadline of July 10, 2022, to restore this case to the calendar. This extension is necessary because Plaintiff is still awaiting receipt of settlement funds.

I have received consent to this request from the attorneys for Equifax, Experian, and Barclays.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:     All Counsel of Record (Via ECF)

Application GRANTED nunc pro tunc. The dismissal of this action is without prejudice to restoring the action to the Court's calendar by **August 9, 2022**. Any application to reopen filed after August 9, 2022, may be denied solely on that basis.

Dated: July 11, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE