UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
JAMES MORRISON,                                : No. 21-CV-3612 (LGS)
                                               :
    Plaintiff,                                 :
      – against –                         :
BARCLAYS BANK, SURPLUS FREIGHT, INC.           : **STIPULATION AND ORDER**
doing business as SURPLUS FREIGHT              : **OF DISMISSAL WITH**
FURNITURE and EXPRESS FURNITURE                : **PREJUDICE AS TO**
WAREHOUSE and SURPLUS FURNITURE &              : **DEFENDANT**
MATTRESS WAREHOUSE, SURPLUS FREIGHT,           : **BARCLAYS BANK**
LLC doing business as SURPLUS FREIGHT          :
FURNITURE and SURPLUS FURNITURE &              :
MATTRESS WAREHOUSE, STAGE CAPITAL, LLC,        :
DAVID BELFORD, EXPERIAN INFORMATION            :
SOLUTIONS INC.,                                :
TRANSUNION LLC, and EQUIFAX INFORMATION        :
SERVICES, LLC,                                 :
                                               :
                                               X
    Defendants.
------------------------------------------------------------------

Plaintiff James Morrison ("Plaintiff"), by counsel, and Defendant Barclays Bank ("Barclays"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Barclays should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

[SIGNATURES ON FOLLOWING PAGE]

_[signature]_ 8/10/2022

_____
Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
Telephone: (212) 248-7906
Fax: (212) 248-7908
E-Mail: brian@bomberglawoffice.com

*Counsel for James Morrison*

_[signature]_

_____
Althea L. Daley
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (212) 223-0200
Fax: (212) 223-1942
Email: daleya@ballardspahr.com

*Counsel for Defendant Barclays Bank*

_____
HON. LORNA G. SCHOFIELD, United States District Judge